IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DELBERT E. HARRIS,                    )
                                      )
            Plaintiff,                )              8:05cv26
                                      )
      vs.                             )       MEMORANDUM AND ORDER
                                      )
OMAHA POLICE DEPT., et al.,           )
                                      )
            Defendants.               )


      This matter is before the court pursuant to Fed. R. Civ. P. 4(m) which establishes
the following time limit for service of process on a defendant in a civil case:

      (m) Time Limit for Service. If service of the summons and complaint is not
      made upon a defendant within 120 days after the filing of the complaint, the
      court, upon motion or on its own initiative after notice to the plaintiff, shall
      dismiss the action without prejudice as to that defendant or direct that service
      be effected within a specified time; provided that if the plaintiff shows good
      cause for the failure, the court shall extend the time for service for an
      appropriate period. This subdivision does not apply to service in a foreign
      country pursuant to subdivision (f) or (j)(1).

      The plaintiff received notice of the deadline for service of process on the defendants
in the court's Order on Initial Review.  Because the plaintiff is proceeding in forma pauperis,
the Clerk of Court provided summons forms to the plaintiff to complete and return to the
court so that the U.S. Marshal could serve the defendants.  The plaintiff did not return the
forms for service of process, and the deadline expired.  The court then issued an Order to
Show Cause why this case should not be dismissed for failure to obtain service of process
on any defendant.   The plaintiff has not responded, and the deadline to show cause has
passed.

       Therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff's complaint and the above-
entitled action are dismissed without prejudice. A separate judgment will be entered
accordingly.

      SO ORDERED.

      DATED this 1st day of August, 2005.

                                          BY THE COURT:


                                          /s Richard G. Kopf
                                          United States District Judge